IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SNARGRASS, III, BOP REGISTER # 19536-031, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 11-662-GPM ) |
| UNITED STATES BUREAU OF PRISONS, et al., | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff Charles Snargrass, III, against Defendants Ronald Riker, Kevin Pigos, James Potope, Jennifer Holtzapple, R. Martinez, McDaniel Holloway, Richard Jensen, Ms. Sullivan, and Ronnie Holt are **DISMISSED without prejudice**. Plaintiff's claims against Defendants United States Bureau of Prisons, United States Marshals Service, Timothy Adesanya, Dr. Harvey, and Mr. Ferrebee are **DISMISSED with prejudice**.

**DATED**: January 23, 2012

NANCY J. ROSENSTENGEL, CLERK

By:   /s/ Linda M. McGovern
        Deputy Clerk

APPROVED:  /s/ G. Patrick Murphy
                  G. PATRICK MURPHY
                  U.S. DISTRICT JUDGE